```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2005 FEB -2 P 4:46

                                    LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
JUDGE BARBIER
FEBRUARY 2, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-305 |
| SCOTT TRUONG | SECTION: J |

The Probation Office has filed a recommendation for early termination of supervised release as to the above named defendant. Because the government objects to the recommendation,

IT IS ORDERED that this matter be set for hearing on Wednesday, February 16, 2005 at 1:30 p.m. before the District Judge.

COPY TO: Asst. U.S. Attorney
Probation Office
Defendant
Harry Hardin, III, Esq.
U.S. Marshal

DATE OF ENTRY
FEB - 3 2005

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.