


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB -9 AM 10: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO. 00-305 |
| v. | * | SECTION: "J" |
| | * | |
| SCOTT TRUONG | | |
| * * * | | |

**MEMORANDUM IN OPPOSITION TO MOTION TO VACATE EARLY
TERMINATION OF PROBATION**

**NOW INTO COURT** comes the United States Attorney through the undersigned Assistant United States Attorney and opposes the early termination of Scott Truong's five year probationary sentence on the following grounds:

1. Defendant's factual basis reflects that he acted as a drug distributor for Tien Nguyen, the head of the Vietnamese street gang of which defendant was a member. The gang, the Avondale Boys, was a violent street gang responsible for numerous acts of violence as well as drug distribution. Tien Nguyen's supervised release was recently revoked by this Court for a vicious attack on an innocent third party at a local night club.

2. Defendant has a violent criminal history. He has arrests for aggravated battery in 1991 as a juvenile. He was also charged with manslaughter and five counts of aggravated battery several

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No. 263

years later in 1994. These charges were later dismissed.

3. To the extent that the defendant has done well on probation, the Government believes that he should continue in such a supervised status. While on probation, the Court has significantly more power to monitor his conduct to prevent further criminal conduct.

4. After the Government voiced its objection to this early termination on January 25, 2005, the Probation Officer stated that he would not pursue this reduction. The Government does not understand why there is now such an urgency to terminate this defendant's probation approximately 18 months prematurely.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

MICHAEL W. MAGNER (1206)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210
New Orleans, Louisiana 70130
Telephone: (504) 680-3103

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___ day of February, 20 05.

Assistant United States Attorney

2