



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB 19  AM 8: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-305 |
| SCOTT TRUONG | SECTION: "J"(1) |

**ORDER**

Before the Court is a Recommendation for Early Termination of Probation, which was submitted to the Court by the United States Probation Office, Eastern District of Louisiana, on January 27, 2005. The government objected to the recommendation for early termination and filed a Memorandum In Opposition to Motion to Vacate Early Termination of Probation. (Rec. Doc. 263). The motion was set for oral argument on Wednesday, February 16, 2005, however, the day before the hearing the government requested that the motion be heard on the briefs. Consequently, oral argument was not held and the motion was submitted on the briefs as of February 16, 2005. After considering the request for early termination, the government's

1

DATE OF ENTRY
FEB 2 1 2005



record, the Court finds that the recommendation for early termination should be GRANTED.

Notably, court modification of conditions or revocation is governed by 18 U.S.C. § 3583(e), which provides as follows:

> [T]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) ... (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice ....

The factors listed in Section 3553 that are referred to above require the court to consider, *inter alia*, the nature and circumstances of the offense, the defendant's history, the need to afford adequate deterrence to criminal conduct and protect the public from future crimes, and the need to provide the defendant with necessary education or vocational training and medical care.[1]

---

[1] 18 U.S.C. § 3553(a).

After considering the factors listed above, the Court finds that early termination of Scott Truong's supervised release is warranted. Accordingly,

**IT IS ORDERED** that the Recommendation for Early Termination of Scott Truong's supervised release should be and is hereby **GRANTED**.

New Orleans, Louisiana this 18th day of February, 2005.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE